FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 AUG 11 P 3:24

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

KENNETH DEWAYNE GRAVITT, )
  )
         Plaintiff, )
  )
    v. )  CIVIL ACTION NO.: CV205-159
  )
HUGH SMITH; JOHN PAUL; )
DEBRA M. KIGHT; DUPREE, )
S.M.U. Manager, and McCOWN, )
Counselor, )
  )
         Defendants. )

## ORDER

The captioned action was filed in the Brunswick Division of this Court. Upon review, it appears that proper venue is within the Statesboro Division of this Court. Accordingly, pursuant to Local Rule 2.1(b), this action is hereby transferred to the Statesboro Division of this Court.

**SO ORDERED**, this __11__ day of ____August____, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

KENNETH DEWAYNE GRAVITT )

vs )   CASE NUMBER  CV205-159

HUGH SMITH, ETAL )   DIVISION  BRUNSWICK
)

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/11/05, which is part of the official record of this case.

Date of Mailing:  8/11/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By:  NITA ROSE
Deputy Clerk

**Name and Address**

KENNETH DEWAYNE GRAVITT  GSP  2164 GA. HIGHWAY 147  REIDSVILLE, GA. 30499

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate